## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**Andres Gomez,**

    **Plaintiff**                           Case Number:  1:19-cv-22851-DPG

**Granite City Food & Brewery, Ltd.**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) herby gives this Honorable Court notice of dismissal of this action with prejudice.

                                                     Respectfully submitted,

Dated: September 3, 2019              */s/ Alberto R. Leal*.
                                            Alberto R. Leal
                                            Florida Bar No.: 1002345
                                            E-Mail: al@thelealfirm.com
                                            The Leal Law Firm, P.A.